U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                             Case Number: To be determined
Fahd Saleh
v
Horizon Lines, L.L.C.

KC FILED MAR 0 6 2008
MAR 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fahd Saleh, Plaintiff

08CV1352
JUDGE DARRAH
MAGISTRATE JUDGE MASON

| | |
|---|---|
| NAME (Type or print) <br> George T. Fishback | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ George T. Fishback | |
| FIRM <br> Sachs Waldman P.C. | |
| STREET ADDRESS <br> 1000 Farmer St. | |
| CITY/STATE/ZIP <br> Detroit, MI 48226 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 90784941 | TELEPHONE NUMBER <br> (313) 965-3464 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |