UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF ILLINOIS

KC FILED
MAR 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 0 6 2008

FAHD SALEH,

    Plaintiff,

-vs-

HORIZON LINES, LLC, a Foreign Corporation,

    Defendant.

08CV1352
JUDGE DARRAH
MAGISTRATE JUDGE MASON

---

GEORGE T. FISHBACK P29763
AMRIA N. AHMED P70338
Attorneys for Plaintiff
1000 Farmer Street
Detroit, Michigan 48226
(313) 965-3464  Fax (313) 965-4315

---

### WAIVER OF PREPAYMENT OF FEES AND COSTS

This matter is a suit for the enforcement of laws enacted for the health and safety of seamen within the meaning of 28 U.S.C. § 1916, permitting the filing of this case without prepayment of fees and/or costs or security therefor.

    Respectfully submitted,
    SACHS WALDMAN,
    Professional Corporation,

    */s/ George T. Fishback*
    GEORGE T. FISHBACK (P29763)
    AMRIA N. AHMED (P70338)
    Attorneys for Plaintiff
    1000 Farmer St.
    Detroit, MI 48226
    (313) 965-3464  Fax (313) 965-4315