AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FAHD SALEH,
    Plaintiff,

V.

HORIZON LINES, LLC., a Foreign Corporation,
    Defendant.

CASE: **08CV1352**
ASSI: **JUDGE DARRAH**
DESI: **MAGISTRATE JUDGE MASON**
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

HORIZON LINES, L.L.C.,
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GEORGE T. FISHBACK (#90784941)
1000 Farmer St.
Detroit, MI 48226

an answer to the complaint which is herewith served upon you, within \_\_\_\_**20**\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

KRYSTEN COPPOLETTA
(By) DEPUTY CLERK

MAR - 6 2008
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/17/08 |
| NAME OF SERVER *(PRINT)* <br> Patricia L. Merchak | TITLE <br> Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): **Return Receipt to: Horizon Lines, LLC**

**The Corporation Trust Company**

**Corporation Trust Center**

**1209 Orange St.**
**Wilmington, DE 19801**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/20/08
             *Date*

*Signature of Server* Patricia L. Merchak

SACHS WALDMAN
PROFESSIONAL CORPORATION
1000 FARMER
DETROIT, MI 48226-2800
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

