## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number:

Fahd Saleh v. Horizon Lines, LLC, a Foreign Corporation.   08 CV 1352

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Horizon Lines, LLC.

| | |
|---|---|
| NAME (Type or print) Terry L. Welch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/Terry L. Welch | |
| FIRM Marwedel, Minichello and Reeb, P.C. | |
| STREET ADDRESS 10 S. Riverside Plaza, Suite 720 | |
| CITY/STATE/ZIP Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6276154 | TELEPHONE NUMBER 312-902-1600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES [ ]  NO [X] | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES [ ]  NO [X] | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES [ ]  NO [X] | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES [ ]  NO [X] | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] | |