IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAHD SALEH </br></br> Plaintiff, </br></br> v. </br></br> HORIZON LINES, LLC </br> a Delaware Limited Liability Company, </br></br> Defendant. | Case No. 08 C 1352 </br></br> Judge John W. Darrah </br></br> Magistrate Judge Mason |

**MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant, Horizon Lines, LLC, by its attorneys, William P. Ryan and Terry L. Welch of Marwedel, Minichello & Reeb, P.C., moves this Court to grant to Horizon Lines, LLC an extension of time in which to file its Answer to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint was heretofore filed in this cause on March 8, 2008.

2. Defendant was served with a copy of Plaintiff's Complaint by certified mail on March 17, 2008.

3. Plaintiff has agreed to file an Amended Complaint to correct certain errors in the original Complaint.

4. Horizon Lines, LLC requests that this Court grant it an extension of time in which to file its Answer to a date 20 days after the date that Plaintiff files his Amended Complaint.

**WHEREFORE**, Defendant, Horizon Lines, LLC, prays that this Court grant it an extension of time to file its Answer to Plaintiff's Complaint.

                                                 HORIZON LINES, LLC
                                                 by its attorneys,

                                                 _____/s William P. Ryan_____
                                                 William P. Ryan

William P. Ryan
Terry L. Welch
Marwedel, Minichello & Reeb, P.C.
Attorneys for Defendant
10 S. Riverside Plaza, Suite 720
Chicago, Illinois 60606
(312)902-1600

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that the foregoing Motion for Extension of Time to Answer was filed electronically through the CM/ECF System of the U.S. District Court for the Northern District of Illinois. Said Motion is hereby served on George T. Fishback and Amria N. Ahmed of Sachs Waldman, P.C., electronically, this 7th day of April, 2008.

                                                      s/ William P. Ryan