IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FAHD SALEH<br><br>Plaintiff,<br><br>v.<br><br>HORIZON LINES, LLC<br>a Delaware Limited Liability Company,<br><br>Defendant. | Case No. 08 C 1352<br><br>Judge John W. Darrah<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

**TO:** George T. Fishback
Amria N. Ahmed
Sachs Waldman, P.C.

Please take Notice that on Tuesday, April 15, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203, Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and then and there present the attached Defendant Horizon Lines, LLC's Motion for Extension of Time to Answer.

HORIZON LINES, LLC

/s William P. Ryan
One of Its Attorneys

William P. Ryan
Terry L. Welch
MARWEDEL, MINICHELLO & REEB, P.C.
Attorneys for Horizon Lines, LLC
10 South Riverside, Suite 720
Chicago, IL 60606
312/902-1600

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, states that the foregoing Notice of Motion was filed electronically through the CM/ECF System of the U.S. District Court for the Northern District of Illinois. Said Notice of Motion is hereby served on George T. Fishback and Amria N. Ahmed of Sachs Waldman, P.C., electronically, this 7th day of April, 2008.

                                                          s/ William P. Ryan