IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fahd Saleh,<br><br>        Plaintiff,<br><br>vs.<br><br>HORIZON LINES, LLC, a Foreign Corporation,<br><br>        Defendant. | Case No. 08 CV 1352<br><br>Judge Darrah<br><br>Magistrate Judge Mason |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Defendant, Horizon Lines, LLC, by and through its attorneys William P. Ryan and Terry L. Welch of Marwedel, Minichello and Reeb, P.C., and pursuant to Local Rule 3.2, states as follows:

Horizon Lines, LLC is a Delaware Limited Liability Company, nongovernmental corporation, that is wholly owned by and a member of Horizon Lines, Inc., a Delaware Corporation.

Respectfully Submitted,

HORIZON LINES, LLC

By:   s/William P. Ryan
       One of its Attorneys

William P. Ryan, #6183496
Terry L. Welch, #6276154
Marwedel, Minichello and Reeb, P.C.
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606
312-902-1600
MM&R File No: 21634-001
216340 I.NOA-DisclosureStatement