**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FAHD SALEH,

    Plaintiff,

v.

HORIZON LINES, LLC.,
a Delaware Limited Liability Company,

    Defendant.

Case No.: 08-cv-1352
HON. JOHN W. DARRAH
HON. MICHAEL MASON

| GEORGE T. FISHBACK (90784941) | WILLIAM P. RYAN (6183496) |
|---|---|
| AMRIA N. AHMED | TERRY L. WELCH (6276154) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 1000 Farmer Street | 10 S. Riverside Plaza, Suite 720 |
| Detroit, Michigan 48226 | Chicago, IL 60606 |
| (313) 965-3464 | (312) 902-1600 |

**PLAINTIFF'S CONCURRENCE WITH**
**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER**

NOW COMES, Plaintiff, FAHD SALEH, by and through his attorneys, SACHS WALDMAN, P.C., and hereby submits his concurrence with defendant's motion for an extension of time to file its answer.

    Respectfully submitted,
    SACHS WALDMAN,
    Professional Corporation,

    ***/s/ George T. Fishback***
    GEORGE T. FISHBACK (90784941)
    AMRIA AHMED
    Attorneys for Plaintiff
    1000 Farmer Street
    Detroit, Michigan 48226
    (313) 965-3464   Fax (313) 965-4315

Dated: April 12, 2008     gtfishback@sachswaldman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2008, filed the foregoing paper with the Clerk of the Court using ECF System which will send notification of such filing to the following:

WILLIAM P. RYAN (6183496)
TERRY L. WELCH (6276154)
10 S. Riverside Plaza, Suite 720
Chicago, IL 60606
(312) 902-1600

                               */s/ George T. Fishback*
                               GEORGE T. FISHBACK (90784941)
                               AMRIA N. AHMED
                               Attorneys for Plaintiff
                               1000 Farmer at Bates
                               Detroit, MI  48226
                               (313) 965-3464 / fax 965-4315
Dated: April 12, 2008             gtfishback@sachswaldman.com