# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1352 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Saleh vs. Horizon Lines, LLC. | | |

**DOCKET ENTRY TEXT**

Defendant's motion for an extension of time to respond to the first amended complaint is granted to 4/28/08. Rule 26(a)(1) disclosures to be exchanged by 5/6/08. Status hearing set for 5/6/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|